IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
MAY 12 2014
Clerk, U.S. District Court
District Of Montana
Billings

| | |
|---|---|
| LORA PLASKON and BRIAN J. PLASKON, <br><br> Plaintiffs, <br><br> vs. <br><br> CHICO HOT SPRINGS, INC. d/b/a CHICO HOT SPRINGS RESORT AND DAY SPA; CHICO HOT SPRINGS RANCH, INC.; and CHUCK KENDALL d/b/a DIAMOND K OUTFITTERS, <br><br> Defendants. | CV 12-72-BLG-SPW <br><br> ORDER |

Upon the Plaintiffs' Motion for Settlement Conference, to which there has been no objection,

IT IS HEREBY ORDERED that the motion (Doc. 45) is GRANTED. This matter is referred to United States Magistrate Judge Carolyn S. Ostby for the limited purpose of conducting a formal settlement conference.

The Clerk of Court shall immediately notify the parties and Judge Ostby of the entry of this Order.

DATED this 12th day of May, 2014.

SUSAN P. WATTERS
United States District Judge