# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| LORA PLASKON and BRIAN J. PLASKON, <br><br> Plaintiffs, <br><br> vs. <br><br> CHICO HOT SPRINGS, INC. d/b/a CHICO HOT SPRINGS RESORT AND DAY SPA; CHICO HOT SPRINGS RANCH, INC.; and CHUCK KENDALL d/b/a DIAMOND K OUTFITTERS, <br><br> Defendants. | CV-12-72-BLG-SPW <br><br> **ORDER SETTING SCHEDULING CONFERENCE** |

Judge Watters has referred this case to the undersigned for the limited purpose of conducting a formal settlement conference. *ECF 62*. Accordingly, **IT IS ORDERED** that a telephonic scheduling conference to select a date for the settlement conference is set for Wednesday, May 21, 2014, at 10:00 a.m. To participate, follow these steps:

-1-

1.   Dial 1-877-848-7030

2.   Enter access code 5492555 #

3.   Press #

4.   Speak your name at the tone.

DATED this 12th day of May, 2014.

<u>/s/ Carolyn S. Ostby</u><br>
United States Magistrate Judge